### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **1 WEST MAIN STREET, LLC,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| v. | : | **NO. 14-6967** |
| | : | |
| **TOWER NATIONAL INS. CO.,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

**AND NOW**, this 15th day of March, 2016, upon consideration of Defendant's Motion for Summary Judgment (Dkt No. 16), including Defendant's Statement of Undisputed Material Facts, Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Resp.), including Plaintiff's Response to Defendant's Statement of Facts, and Defendant's Reply in Support of Motion for Summary Judgment (Dkt No. 21), it is hereby **ORDERED** that the Court **GRANTS** Defendant's Motion for Summary Judgment.

**JUDGMENT** is hereby **ENTERED** in favor of Tower National Insurance Company.

The Clerk's Office is hereby directed to **CLOSE** this matter.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II     J.